

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of S.M.O. and             * From the County Court at Law
S.B.O., children,                            of Ector County,
                                            Trial Court No. CC-3556-PC.

No. 11-17-00217-CV                        * September 15, 2017

                                          * Per Curiam Memorandum Opinion
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.